In the Matter of the Marriage of

# POTRECK,
*Respondent,*

*and*

# POTRECK,
*Appellant.*

(8110-67953; CA A24737)

669 P2d 841

■■■■■■■■■■■■■■■■

■■■■■■■■

Michael J. Kavanaugh, Portland, argued the cause and filed the brief for appellant.

David L. Rich, Hillsboro, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

■■■■■■■

## PER CURIAM

Husband appeals from a decree of dissolution. Wife died before the decree was entered. There has been no substitution of parties. Without service of notice of appeal on a proper party, we do not have jurisdiction. Accordingly, we must dismiss.

Appeal dismissed.